USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1-15-2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VALENTIN REID,

      **Plaintiff,**

  - against -

**DIAMOND SUPPLY COMPANY,**

      **Defendant.**

**19cv7969 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

  The motions to dismiss are denied without prejudice as

moot. The Clerk is directed to close Docket Nos. 15 and 16. The

defendant may file another motion to dismiss by **February 14,**

**2020.** The plaintiff should respond by **March 6, 2020.** The

defendant should reply by **March 16, 2020.**

**SO ORDERED.**

**Dated:**  **New York, New York**
    **January 15, 2020**

         **John G. Koeltl**
       **United States District Judge**